LAW LIBRARY

NO. 30394

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ALLEN VIDAL, Petitioner,

vs.

LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD, Respondent.

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAIʻI

2010 MAR 31 AM 11:30

FILED

ORIGINAL PROCEEDING
(AB 2009-36 (02-04-41062))

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the March 25, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, March 31, 2010.